■ PATRICIA W. FERDINANDO, Appellant-Respondent, v PHILIP A. FERDINANDO, JR., Respondent-Appellant. [654 NYS2d 652] —In a matrimonial action to obtain equitable distribution of marital assets following a foreign judgment of divorce, the plaintiff former wife appeals, as limited by her brief, from so much of an order of the Supreme Court, Suffolk County (Kitson, J.), dated July 28, 1995, as awarded her only 75% of the value of the former marital residence, and the defendant former husband cross-appeals, as limited by his brief, from so much of the same order as awarded him only 25% of the value of the former marital residence.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, without costs or disbursements.

In light of the wasteful dissipation of marital assets by the former husband, the court did not err in awarding a greater percentage of the value of the former marital residence to the former wife (see, Wilner v Wilner, 192 AD2d 524).

We have reviewed the parties' remaining contentions and find them to be without merit. Bracken, J. P., Santucci, Krausman and McGinity, JJ., concur.

■ JACOB FISCH, Respondent, v CONGREGATION AHAVATH SHOLOM, Appellant. [654 NYS2d 651] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (R. Goldberg, J.), dated January 17, 1996, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the affidavit of the plaintiff's expert raises triable issues of fact as to the defendant's negligence. We have considered the defendant's remaining contentions and find them to be without merit. Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.